UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

MURPHY J. PAINTER

CRIMINAL ACTION

NO. 12-87-JJB

**ORDER**

This matter is before the Court on a Motion for Discovery (Doc. 28) filed by the Defendant, Murphy J. Painter, seeking permission to copy the hard drives of computers seized from his office at the Louisiana Office of Alcohol and Tobacco Control. The Motion is opposed (Doc. 31). The court held a telephone conference on this matter on Thursday, November 15, 2012.

Federal Rule of Criminal Procedure 16(a)(1)(E)(i) provides that:

Upon a defendant's request, the government must permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items, if the item is within the government's possession, custody, or control and:

(i) the item is material to preparing the defense

The Court finds that at least some portion of the documents and data contained on the hard drives is material to the preparing of Painter's defense. In light of the large amount of data contained on the hard drives, the Court finds it appropriate for Painter to be able to copy the drives in their entirety.

Accordingly, the Motion for Discovery (Doc. 28) is **GRANTED** and **IT IS HEREBY ORDERED** that the Defendant, Murphy J. Painter, be permitted to copy the hard drives of computers seized from his office at the Louisiana Office of Alcohol and Tobacco Control. This

discovery is subject to the conditions of the protective order (Doc. 26) previously granted in this case.

Signed in Baton Rouge, Louisiana on November 16, 2012.

_____
**JAMES J. BRADY, DISTRICT JUDGE**