UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO. 12-87–JJB-SCR |
| MURPHY J. PAINTER | * | |

**DEFENDANT'S MOTION IN LIMINE TO BAR GOVERNMENT FROM REFERRING TO THE SUBJECTS OF DATABASE INQUIRIES AS "VICTIMS"**

COMES NOW defendant, Murphy Painter, through undersigned counsel, and moves in limine to bar Government reference at trial to subjects of database inquiries as "victims" and in support avers:

1.  In its Motion in Limine to admit evidence of non-charged database inquiries (Doc. No. 59) the Government continually referred to the subject of such inquiries as "victims." (See pp. 1, 2, 3, 4). Use of the phrase has no place in the trial of this case. For the most part, the subjects of the database inquiries in question had no knowledge of the inquiry until some State or Federal investigator advised them of the fact. The Government's discovery in this case makes that quite clear. The word "victim" has a patently prejudicial connotation and it is most often used to describe someone who is swindled, is the subject of an act of violence or is a sexually exploited youth.

Since use of the phrase "victim" has no purpose other than to inflame the jury against defendant it is entirely within the Court's power to bar its use in referring to the subject of database inquiries.

WHEREFORE, for the reasons stated above it is requested that the Court instruct Government counsel not to refer to the subjects of database inquiries as "victims" at the trial of the case.

Respectfully submitted,

/s/   Michael S. Fawer
**SMITH & FAWER, L.L.C.**
Michael S. Fawer (#5485)
71130 Riverside Dr.
Covington, Louisiana 70433
Tel: (985) 871-7200
mikefawer@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2013, a copy of the foregoing Defendant's Motion in Limine to Bar Government from Referring to the Subjects of Database Inquiries as "Victims" was filed electronically to the foregoing Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to plaintiff's counsel by operation of the court's electronic filing system.

**/s/ Michael S. Fawer**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| –VERSUS– | * | CRIMINAL ACTION NO. |
| | * | |
| MURPHY J. PAINTER | * | 12-87-JJB-SCR |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The foregoing Defendant's Motion in Limine to Bar Government From Referring to the Subjects of Database Inquiries as "Victims" being considered and for the reasons set forth therein,

IT IS HEREBY ORDERED that a hearing in the above-captioned case is set for 4th day of September, 2013 at 2:00 p.m.

Baton Rouge, Louisiana, this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE